# Court of Appeals
# of the State of Georgia

ATLANTA,  May 27, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1414. ENVER KACEVIC et al. v. NAJARIAN CAPITAL, LLC.

This case began as a dispossessory proceeding in magistrate court against all occupants of a residence. Following the court's issuance of a writ of possession, defendant Michael Key appealed to the superior court. After conducting a de novo trial, the superior court entered a final judgment and writ of possession in favor of the plaintiff, Najarian Capital, LLC.  Non-party Enver Kacevic then filed motions to set aside the judgment, to remand the case, and for reconsideration, which the superior court denied in a single order. Kacevic and Key filed this direct appeal from that order. Najarian Capital has filed a motion to dismiss the appeal.

An appeal from a superior court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (11), (b); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Although Kacevic filed an application for discretionary appeal from the order, the application was dismissed because it was not timely filed. See Case No. A21D0310 (decided May 21, 2021). We lack jurisdiction to consider this direct appeal.

Accordingly, the motion to dismiss is GRANTED and the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __05/27/2021__
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*